UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDLINE INDUSTRIES HOLDINGS, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOEL FREEDMAN,<br><br>    Defendant. | Case No. CV 19-8273-GW-AGRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

1  Plaintiffs Medline Industries Holdings, L.P. and Medline Industries, Inc. (collectively, "Medline") and Joel Freedman ("Freedman")(collectively, the "Parties"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice ("Stipulation"). Having considered this Stipulation, and finding that good cause exists, the Court hereby GRANTS the Stipulation and ORDERS as follows:

(1) this action and Medline's claims for relief that were asserted against Freedman in this case are hereby dismissed with prejudice; and

(2) each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

IT IS SO ORDERED.

Dated: February 25, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE